UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WALTER JOHN RASON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1489 (PLF) |
| R. JAMES NICHOLSON et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that Defendants' Motion to Dismiss [Dkt. No. 9] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for the defendants.  This is a final appealable Order.  See Rule 4, Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 27, 2008