UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALTER JOHN RASON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JAMES NICHOLSON et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1489 (PLF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Plaintiff seeks to vacate the judgment entered for defendants on June 27, 2008, because "this matter . . . has been resolved out of court" by the Veterans Administration's granting of a waiver of the debt owed. Plaintiff's Supplemental Affidavit, Response and Request for Reconsideration of [16]; [17] Order and Memorandum, Granting [9] Defendants' Motion to Dismiss at 1. Plaintiff suggests that this resolution renders the case moot, but the Court, in resolving the due process claim, noted that it lacked subject matter jurisdiction over the waiver claim. See Mem. Op. of June 27, 2008 at 4, n.3. Because the judgment applies only to the constitutional claim, the motion presents no basis for vacating it. Accordingly, it is

ORDERED that plaintiff's motion to reconsider the final order [Dkt. No. 19] is DENIED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 31, 2008